UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS HEART CENTER, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:13-CV-958-JAR |
| GILEAD PALO ALTO, INC., *et al.* | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL OF COUNSEL JONATHAN K. STOCK FOR DEFENDANT GILEAD PALO ALTO, INC.

Jonathan K. Stock hereby notifies the Court and counsel of record that he is withdrawing as counsel for Defendant Gilead Palo Alto, Inc. ("Gilead"). Gilead will continue to be represented in this case by attorney of record Christopher M. Hohn. This withdrawal is made with the knowledge and approval of Gilead.

Respectfully submitted,

By: /s/ Jonathan K. Stock
Jonathan K. Stock (OH 0065637)
Admitted *Pro Hac Vice*
(jkstock@ocslawfirm.com)
**Organ Cole + Stock LLP**
1335 Dublin Road, Suite 104D
Columbus, Ohio  43215
Telephone: 614.481.0900
Facsimile: 614.481.0904

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system this 11th day of April, 2014, to all counsel of record.

                              /s/ Jonathan K. Stock